| | |
|---|---|
| 1 | MATTHEW P. EASTUS, State Bar No. 187747 |
| 2 | Email: matthew.eastus@sce.com<br>2244 Walnut Grove Avenue |
| 3 | Rosemead, CA 91770<br>Tel.: (626) 302-4947 |
| 4 | Fax: (626) 302-1910<br>Attorney for: |
| 5 | DEFENDANTS EIX SEVERANCE PLAN<br>FOR NONREPRESENTED EMPLOYEES |
| 6 | AND SOUTHERN CALIFORNIA EDISON<br>COMPANY BENEFITS COMMITTEE |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GALE,<br><br>Plaintiff,<br><br>vs.<br><br>EIX SEVERANCE PLAN FOR NONREPRESENTED EMPLOYEES; and SOUTHERN CALIFORNIA EDISON COMPANY BENEFITS COMMITTEE,<br><br>Defendants. | CASE NO.: 8:14-cv-00044 JLS (ANx)<br><br>Judge: Hon. Josephine L. Staton<br><br>**DECLARATION OF MARK BENNETT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authoritiesd; Separate Statement of Undisputed Facts; Declaration of Matthew P. Eastus; Request for Judicial Notice; [Proposed] Order]<br><br>Hearing Date: August 22, 2014<br>Time: 2:30 p.m.<br>Courtroom: 10A |

# DECLARATION OF MARK BENNETT

I, Mark Bennett, being duly sworn on my oath, declare and state:

1. In this Declaration, I set forth my personal knowledge or my opinions based on my knowledge and experience.

2. I am employed by Southern California Edison Company ("SCE") in the Human Resources Department as a Director, HR Operations.

3. I am also the Secretary of the Southern California Edison Company Benefits Committee ("Committee"), the Plan Administrator for the EIX Severance Plan for Nonrepresented Employees ("Plan"). I had this position when the Committee denied the appeal of Plaintiff Mark Gale ("Gale") for benefits under the Plan on July 17, 2013.

4. Due to my position with SCE, I am a custodian of the records attached to this Declaration. The records attached to this Declaration are kept by SCE in the regular course of their business. It was the regular course of that business for an employee or representative of the business with knowledge of the act, event, condition, opinion, policy, report, record, or data compilation (collectively, the "records") to make the records or to transmit information thereof to be included in such records. The records were made at or near the time the act, event, condition, opinion, policy, report, records, or data compilation occurred or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the originals.

5. The records attached hereto, which bear bates numbers SCE000001-SCE000563, comprise the Administrative Record of documents presented to, considered by, and/or supplied by the Committee in connection with Gale's claim

for benefits under the Plan.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct and that this Declaration is executed this 4th day of June, 2014 in Rosemead, California.

Mark Bennett